# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EARNEST SMITH (# 42190)**                                                **PLAINTIFF**

**v.**                                                                       **No. 4:07CV38-P-A**

**CHRISTOPHER EPPS, ET AL.**                                           **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 28th day of March, 2007.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE